UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BISHINS,<br><br>                Plaintiff,<br><br>vs.<br><br>TREMONT MORTGAGE TRUST, JOHN L. HARRINGTON, MATTHEW P. JORDAN, WILLIAM A. LAMKIN, JOSEPH L. MOREA, ADAM D. PORTNOY, and RMR MORTGAGE TRUST,<br><br>                Defendants. | Case No.: 1:21-cv-05435-LLS<br><br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

      Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Scott Bishins ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: October 14, 2021                **BRODSKY SMITH**

                                  By:  */s/ Evan J. Smith*
                                         Evan J. Smith
                                         240 Mineola Boulevard
                                         Mineola, NY  11501
                                         Phone:  (516) 741-4977
                                         Facsimile (561) 741-0626

                                         *Attorneys for Plaintiff*